1  Teresa S. Renaker, No. 187800
   Margo Hasselman Greenough, No. 228529
2  Kirsten G. Scott, No. 253464
   RENAKER HASSELMAN SCOTT LLP
3  235 Montgomery St., Suite 944
   San Francisco, CA 94104
4  Telephone:    (415) 653-1733
   Facsimile:    (415) 727-5079
5  E-mail:       teresa@renakerhasselman.com
                 margo@renakerhasselman.com
6                kirsten@renakerhasselman.com

7  Attorneys for Plaintiff and Counter-Defendant
   Ronnie Moon
8
   Clarissa A. Kang, No. 210660
9  Emily L. Garcia, No. 267071
   TRUCKER ✦ HUSS
10 A Professional Corporation
   One Embarcadero Center, 12th Floor
11 San Francisco, California  94111
   Telephone:    (415) 788-3111
12 Facsimile:    (415) 421-2017
   E-mail:       ckang@truckerhuss.com
13                egarcia@truckerhuss.com

14 Attorneys for Defendant and Counter-Claimant
   Board of Trustees of the
15 PAMCAH-UA Local 675 Pension Fund

16
                UNITED STATES DISTRICT COURT
17
              NORTHERN DISTRICT OF CALIFORNIA
18

19 RONNIE MOON,                          Case No. 3:18-cv-00487-RS
                                          ORDER
20          Plaintiff and Counter-Defendant,   STIPULATED REQUEST TO AMEND
                                          DISPOSITIVE MOTION DEADLINE
21     vs.                                AS MODIFIED BY THE COURT

22 BOARD OF TRUSTEES OF THE  PAMCAH-
   UA LOCAL 675 PENSION FUND,
23
            Defendant and Counter-Plaintiff.
24
25     Plaintiff and Counter-Defendant Ronnie Moon ("Mr. Moon") and Defendant and Counter-

26 Plaintiff Board of Trustees of the PAMCAH-UA Local 675 Pension Fund ("Board"), by and

27 through their undersigned counsel, stipulate as follows:

28 ///

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12ᵗʰ Floor
San Francisco, California  94111

WHEREAS, on January 22, 2018, Mr. Moon filed a Complaint alleging that the Board breached its fiduciary duties under ERISA § 404(a), 29 U.S.C. § 1104(a), by representing to him between June 2013 and March 2017 that he met eligibility requirements to receive a pension, and paying him a pension for over 3 years, totaling $27,606.00. Mr. Moon further alleged a claim for injunctive and other equitable relief under ERISA § 502(a)(3), 29 U.S.C. § 1132(a)(3), which seeks, among other things, reinstatement of Mr. Moon's pension payments. Mr. Moon's Complaint did not assert any allegations of wrongful denial of benefits under ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B);

WHEREAS, the Court issued a Revised Case Management Order [Dkt. # 29] setting, among other things, deadlines for cross-motions for judgment under Federal Rule of Civil Procedure 52 and a bench trial;

WHEREAS, on May 18, 2016 [Dkt. # 30], the Board filed an amended counter-claim alleging a claim against Mr. Moon for injunctive and other equitable relief under ERISA § 502(a)(3), 29 U.S.C. § 1132(a)(3), seeking, among other things, the return to the PAMCAH-UA Local 675 Pension Fund (the "Fund") of the $27,606.00 overpayment, plus interest;

WHEREAS, the parties met and conferred about the dispositive motion schedule set by the Revised Case Management Order. The parties discussed that because this is not a claim for benefits with a limited administrative record, and because the parties anticipate discovery into the factual basis of the ERISA § 502(a)(3) claim and counter-claim, should this case go to trial, it will likely require numerous witnesses to be called by both sides (many of whom are located in Hawaii) and may take up to two days. In light of this, the parties agreed to approach the Court and request that dispositive motions under Federal Rule of Civil Procedure 52 and subsequent bench trial be taken off calendar and replaced by cross-motions for summary judgment under Federal Rule of Civil Procedure 56, to be followed by a bench trial, if necessary;

WHEREAS, the parties have not previously made any request to amend any case deadlines set by the Revised Case Management Order; and

WHEREAS, good cause exists for the amendments set forth above. This case is not a claim for ERISA benefits, in which the Court's review on the merits is limited to the administrative record that was before the plan administrator when it decided the benefit claim. Cross-motions for summary judgment may dispose of this case entirely, or may narrow the issues to be decided at trial;

NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate, subject to the approval of the Court, to the following:

1. The deadlines for cross-motions for judgment under Federal Rule of Civil Procedure 52 set forth in Docket #29 be vacated;

2. Discovery cut-off will be October 15, 2018

3. The deadline to file discovery-related motions will be October 24, 2018

4. Cross-motions for Summary Judgment under Federal Rule of Civil Procedure 56 will be filed, as follows:

    a. <u>Cross-Motions for Summary Judgment</u>:

        i. Deadline for Mr. Moon to file his motion: November 28, 2018

        ii. Deadline for the Board to file a combined motion/opposition: January 8, 2019

        iii. Deadline for Mr. Moon to file a combined opposition/reply: February 8, 2019

        iv. Deadline for the Board to file a reply: March 1, 2019

        v. Hearing on motions: March 21, 2019 at 1:30 p.m. (or at the earliest convenience of the Court thereafter)

5. The bench trial scheduled to commence on March 21, 2019 at 1:30 p.m., as is set forth in Docket #29 be vacated.

6. The following additional deadlines be established:

    a. <u>Pretrial conference (if necessary)</u>: ~~60 days~~ June 12, 2019 at 10:00 a.m. after the decision on the cross-motions for summary judgment

Trucker ♦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

b. <u>Trial (if necessary)</u>: <s>30 days</s> after pretrial conference.

Bench Trial June 24, 2019 and June 25, 2019 at 9:00 a.m.

DATED: June 6, 2018                    RENAKER HASSELMAN SCOTT LLP

                                       By:  /s/ *Kirsten Scott*

                                       Kirsten Scott
                                       Attorneys for Plaintiff and Counter-Defendant
                                       Ronnie Moon

DATED: June 6, 2018                    TRUCKER ✦ HUSS

                                       By:  /s/ *Clarissa A. Kang*

                                       Clarissa A. Kang
                                       Attorneys for Defendant and Counter-Claimant
                                       Board of Trustees of the PAMCAH-UA
                                       Local 675 Pension Fund

I attest that my firm has obtained concurrence in the filing of this document from Kirsten Scott.

DATED: June 6, 2018

                                       TRUCKER ✦ HUSS

                                       By:  /s/ *Clarissa A. Kang*

                                       Clarissa A. Kang
                                       Attorneys for Defendant and Counter-Claimant
                                       Board of Trustees of the PAMCAH-UA
                                       Local 675 Pension Fund

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

Trucker ♦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

1    **~~[PROPOSED~~] ORDER**

2    Good cause exists for an order amending the deadlines for dispositive motions as follows:

3        1. The deadlines for cross-motions for judgement under Federal Rule of Civil Procedure

4           52 set forth in Docket #29 are hereby vacated.

5        2. The court hereby orders that discovery cut-off will be October 15, 2018.

6        3. The court hereby orders that the deadline to file discovery-related motions will be

7           October 24, 2018.

8        4. The parties are hereby ordered to file cross-motions for Summary Judgment under

9           Federal Rule of Civil Procedure 56, as follows:

10           a. <u>Cross-Motions for Summary Judgment</u>:

11              i. Deadline for Plaintiff to file his motion: November 28, 2018

12              ii. Deadline for Defendant to file a combined motion/opposition: January 8,

13                2019

14              iii. Deadline for Plaintiff to file a combined opposition/reply: February 8,

15                2019

16              iv. Deadline for Defendant to file a reply: March 1, 2019

17              v. Hearing on motions: March 21, 2019 at 1:30 p.m. (or at the earliest

18                convenience of the Court thereafter)

19        5. The bench trail scheduled to commence on March 21, 2019 at 1:30 p.m., as is set forth

20           in Docket #29, is hereby vacated.

21        6. The Court hereby orders the following additional deadlines:

                       `June 12, 2019 at 10:00 am`

       a. <u>Pretrial conference (if necessary)</u>: ~~60 days~~ after the decision on the cross-

          motions for summary judgment

       `Bench`        `June 24, 2019 and June 25, 2019 at 9:00 a.m.`

       b. <u>Trial (if necessary)</u>: ~~30 days~~ after pretrial conference.

DATED: `6/6/18`
_____

                      _____
                      Hon. Richard Seeborg
                      United States District