UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE MOON,<br><br>    Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE PAMCAH-UA LOCAL 675 PENSION FUND,<br><br>    Defendant. | Case No. 18-cv-00487-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **October 18, 2018**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **October 25, 2018, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: August 9, 2018

_____
Richard Seeborg
United States District Judge